EAGLE FIRE INSURANCE COMPANY OF NEW YORK *v.*
FLANAGAN and others.

On exceptions to a master's report in relation to the rights of claimants upon
surplus in a mortgage case, the same must be put on the calendar and
cannot be disposed of by motion.

A CASE of foreclosure, where a sale had taken place and      *Oct.* 9,
a surplus was brought into court.   On a reference as to who      1844.
was entitled to this surplus, exceptions were taken to the   *Practice.*
master's report; and now, being motion day, an attempt   *Mortgage.*
was made to bring on the argument of these exceptions.   *Surplus*
                                                             *money.*
THE VICE-CHANCELLOR decided that the cause would   *Excep-*
have to be put on the calendar and be regularly called and   *tions.*
that the matter of the exceptions could not come on as a   *Motion.*
special motion on a motion day.                              *Hearing,*